900

Gerald Davis FULLER, Plaintiff–
Appellant,

v.

D. Kenneth HORNING, Warden,
Defendant–Appellee.

No. 09–6385.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 20, 2009.

Decided: Aug. 26, 2009.

Gerald Davis Fuller, Appellant Pro Se. Phillip M. Pickus, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellee.

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Davis Fuller appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying his Fed.R.Civ.P. 59(e) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fuller v. Horning,* No. 1:08–cv–02300–WMN (D. Md. Feb. 17, 2009; Mar. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*